UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY ALLISON, et al.,

                                NO. CIV. S-05-206 LKK/PAN

      Plaintiffs,

  v.                                   O R D E R

WARNER-LAMBERT CO., LLC, a
Delaware corporation, et al.,

      Defendants.
                            /

    Counsel for defendants have notified this court that the above-captioned case is subject to a Conditional Transfer under Multi-District Litigation proceeding No. 1348. Accordingly, the Status Conference scheduled in the above-captioned case for April 18, 2005 at 2:30 p.m. is VACATED.

////

////

////

////

1

1    Defendants are directed to inform the court if this transfer
2 does not become effective within sixty (60) days of this order.
3    IT IS SO ORDERED.
4    DATED: April 21, 2005.

```
                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```